**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6063

RICKY EMANUEL SELBY,

Plaintiff - Appellant,

versus

BETH HOLCOMB, (Nurse) Health Service
Administrator; M.D. ABDUL JAMALUDEEN; NURSE
SCHULTZ; SHERIFF P. LANTEIGNE; CAPTAIN; NURSE
PRINCE; NURSE BROOKS; NURSE FLETCHER; NURSE
FIANO; NURSE ANDES; NURSE BRULET; LIEUTENANT
RUSSELL; DEPUTY ULRICH; SERGEANT VARGAS;
LIBRARIAN MAPES; LIEUTENANT LEE WILBURN;
SERGEANT DRISCOLL; DEPUTY M. R. KEOGH;
CORPORAL G. M. HILL,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Robert G. Doumar, Senior
District Judge. (CA-03-520-2)

Submitted: September 15, 2004      Decided: September 28, 2004

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ricky Emanuel Selby, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ricky Emanuel Selby appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Selby v. Holcomb</u>, No. CA-03-520-2 (E.D. Va. Dec. 16, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>